IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THOMAS A. MORROW                                                        PLAINTIFF

vs.                         Civil No. 6:18-cv-06094

ANDREW SAUL[1],                                                   DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 22nd day of July 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                          /s/ *Barry A. Bryant*
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE

---

[1] Andrew M. Saul, has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.